JOSEPHINE BIRDSONG, Claimant, vs. STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

442

JOSEPHINE BIRDSONG, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.